IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-01531-RPM

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

SUHAS GUPTA,
VIPUL GORE
GEETA HIREMATH, and
UMESH C. PRITHIA,

Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of Plaintiff Highline Capital Corp.'s Motion to Dismiss With Prejudice under Fed. R. Civ. P. 41(a)(2), [12], it is

ORDERED that Plaintiff's claims against Defendant Geeta Hiremath are dismissed with prejudice.

DATED this 12th day of June 2009.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge