IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-01531-RPM

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

SUHAS GUPTA, and
UMESH C. PITHIA,

Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of Plaintiff Highline Capital Corp.'s Motion to Dismiss Without Prejudice under Fed. R. Civ. P. 41(a)(2), [13], it is

ORDERED that Plaintiff's claims against Defendant Umesh C. Pithia are dismissed without prejudice.

Dated this 15th day of June, 2009.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge