IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01531-RPM

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

SUHAS GUPTA,
VIPUL GORE,
GEETA HIREMATH and
UMESH C. PITHIA,

    Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    Upon consideration of plaintiff's response to this Court's Order to Show Cause, it is

    ORDERED that the Order to Show Cause entered on June 10, 2009, is discharged.

    DATED: June 16th, 2009

                      BY THE COURT :

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge